IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01560-CMA-CBS

SHARRON BROWN,

    Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 9). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: December __16__, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge